## UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA

### Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff**(s): **Melissa Neblock , ; Antonyo Wyche , ;**

**Defendant**(s): **The University of Phoenix, Inc. , ;**

County of Residence: Outside the State of Arizona

County of Residence: Maricopa

County Where Claim For Relief Arose: Maricopa

Plaintiff's Atty(s):

**Sean A. Woods ,**
Mills + Woods Law, PLLC
5055 N 12th St., STe. 101
Phoenix, Arizona  85014
(480) 999-4556

**Robert T. Mills ,**
Mills + Woods Law, PLLC
5055 N 12th St., Ste. 101
Phoenix, Arizona  85202
(480) 999-4556

Defendant's Atty(s):

,

,

**IFP REQUESTED**

**REMOVAL FROM COUNTY, CASE #**

<u>II. Basis of Jurisdiction</u>:  **3. Federal Question (U.S. not a party)**

<u>III. Citizenship of Principal Parties</u>**(Diversity Cases Only)**

Plaintiff:-           **6 Foreign State**

| | |
|---|---|
| Defendant:- | **4 AZ corp or Principal place of Bus. in AZ** |
| <u>IV. Origin</u> : | **1. Original Proceeding** |
| <u>V. Nature of Suit</u>: | **190 Other Contract** |
| <u>VI.Cause of Action:</u> | **The Court has subject matter jurisdiction over this action under the Class Action Fairness Act, U.S.C. § 1332(d)(2). Plaintiffs allege violations of 15 U.S.C. § 45, among other claims.** |
| <u>VII. Requested in Complaint</u> | |
| Class Action: | **Yes** |
| Dollar Demand: | |
| Jury Demand: | **Yes** |

<u>VIII. This case</u> **is not related** to another case.

**Signature:** <u>/s/ Sean A. Woods</u>

   **Date:** <u>01/14/2026</u>

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.

Revised: 01/2014