Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**Mills + Woods Law, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com

Tyler J. Bean
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
E: tbean@sirillp.com

*Counsel for Plaintiffs and the Putative Class*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Melissa Neblock and Antonyo Wyche, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>The University of Phoenix, Inc.,<br><br>Defendant. | Case No. 2:26-cv-00261-DWL<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiffs Melissa Neblock and Antonyo Wyche (collectively, "Plaintiffs"), by and through their undersigned counsel, hereby file this Notice of Voluntary Dismissal. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the individual claims of Plaintiffs against Defendant The University of Phoenix, Inc. in the above captioned case are hereby

1

dismissed without prejudice.  No Answer or Motion for Summary Judgment has been filed in this case.

DATED: January 29, 2026          Respectfully submitted,

*/s/ Sean A. Woods*
Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**Mills + Woods Law, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com

Tyler J. Bean
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
E: tbean@sirillp.com

*Counsel for Plaintiffs and the Putative Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2026, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing and effectuate service to all counsel of record in this matter.

*/s/ Ben Dangerfield*